**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Inez Travis<br><br><br>    Debtor(s) | Case No. 14 B 29185 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/08/2014.

2) The plan was confirmed on 11/20/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/29/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/20/2016, 09/08/2016.

5) The case was Dismissed on 10/03/2016.

6) Number of months from filing to last payment: 24.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,600.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $9,600.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $365.55 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,365.55

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Recovery Service | Unsecured | 1,488.00 | NA | NA | 0.00 | 0.00 |
| American Credit Acceptance | Secured | 6,357.00 | 6,320.44 | 6,320.44 | 4,854.94 | 379.51 |
| Arnold Scott Harris PC | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 1,315.00 | NA | NA | 0.00 | 0.00 |
| Cardiology Group LLC | Unsecured | 915.00 | 915.00 | 915.00 | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 6,000.00 | 6,184.90 | 6,184.90 | 0.00 | 0.00 |
| Centurion Capital Corp. | Unsecured | 864.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,000.00 | 122.00 | 122.00 | 0.00 | 0.00 |
| City of Chicago Dept of Law | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CN Russo and Company | Unsecured | 3,750.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health and Hospital | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 4,808.00 | 5,424.02 | 5,424.02 | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 6,200.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 17,884.00 | 18,353.13 | 18,353.13 | 0.00 | 0.00 |
| E R Solutions | Unsecured | 1,272.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp. | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Emergency Services | Unsecured | 540.00 | 540.00 | 540.00 | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut Freshstart | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection Service | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| Ginnys | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| Global Furniture INC | Unsecured | 1,122.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 433.00 | 603.41 | 603.41 | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Little Company of Mary Hosp. | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| Neurologic Associates, Ltd | Unsecured | 955.00 | NA | NA | 0.00 | 0.00 |
| Northland Group | Unsecured | 772.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,764.00 | 808.78 | 808.78 | 0.00 | 0.00 |
| Provident Hospital of Cook Co. | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Publishers Business Services | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 771.95 | 771.95 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 691.95 | 691.95 | 0.00 | 0.00 |
| Radiology Imaging Specialists LTD | Unsecured | 1,479.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Sallie MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sanford Brown c/o SBC-Tinley Park | Unsecured | 1,921.00 | NA | NA | 0.00 | 0.00 |
| SBC - Tinley PARK | Unsecured | 1,920.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 0.00 | 395.20 | 395.20 | 0.00 | 0.00 |
| Stroger Hospital | Unsecured | 453.00 | NA | NA | 0.00 | 0.00 |
| TFC Credit Corporation | Unsecured | 828.00 | 801.00 | 801.00 | 0.00 | 0.00 |
| Universal Acceptance | Unsecured | 5,351.00 | 5,350.75 | 5,350.75 | 0.00 | 0.00 |
| World Fin. Network Nat'l Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,320.44 | $4,854.94 | $379.51 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,320.44** | **$4,854.94** | **$379.51** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,962.09** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,365.55 |
| Disbursements to Creditors | $5,234.45 |
| **TOTAL DISBURSEMENTS:** | **$9,600.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/09/2017                              By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**